BRYAN SCHRODER
United States Attorney

RYAN TANSEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 4:20-mj-00058-SAO |
|---|---|
| Plaintiff, | COUNT 1 |
| | DRIVING WHILE UNDER |
| vs. | INFLUENCE OF ALCOHOL |
| | Vio. of 18 U.S.C. § 1865(a) & |
| TUCKER MARSHALL YATES, | 36 C.F.R. § 4.23(a)(1) |
| Defendant. | COUNT 2 |
| | UNDER INFLUENCE OF |
| | ALCOHOL IN PARK AREA |
| | Vio. of 18 U.S.C. § 1865(a) & 36 |
| | C.F.R. § 2.35(c) |
| | COUNT 3 |
| | OPEN CONTAINER OF |
| | ALCOHOL IN PARK AREA |
| | Vio. of 18 U.S.C. § 1865(a) & 36 |
| | C.F.R. § 4.14(b) |
| | COUNT 4 |
| | MISCONDUCT INVOLVING |
| | WEAPONS IN FOURTH DEGREE |
| | Vio. of 18 U.S.C. § 13 & |
| | AS11.61.210(a)(1) |

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about August 2, 2020, within Denali National Park, in the District of Alaska, TUCKER MARSHALL YATES did unlawfully operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation.

All in violation of Title 18, United States Code, § 1865(a), and Title 36, Code of Federal Regulations, § 4.23(a)(1).

COUNT 2

On or about August 2, 2020, within Denali National Park, in the District of Alaska, TUCKER MARSHALL YATES was unlawfully under the influence of alcohol to a degree which endangered himself, others, and park resources.

All in violation of Title 18, United States Code, § 1865(a), and Title 36, Code of Federal Regulations, § 2.35(c).

COUNT 3

On or about August 2, 2020, within Denali National Park, in the District of Alaska, TUCKER MARSHALL YATES did unlawfully store a bottle, can or other receptacle containing an alcoholic beverage that was open or whose seal was broken, within a motor vehicle in a park area.

All in violation of Title 18, United States Code, § 1865(a), and Title 36, Code of Federal Regulations, § 4.14(b).

COUNT 4

On or about August 2, 2020, within Denali National Park, in the District of Alaska, TUCKER MARSHALL YATES did knowingly possess in the interior of his vehicle in which he was present a firearm, to wit: one Colt Python .357 Magnum, when his physical or mental condition was impaired as a result of the introduction of an intoxicating liquor or a controlled substance into his body.

All in violation of Title 18, United States Code, § 13, and Alaska Statute 11.61.210(a)(1).

DATED this 3rd day of August, 2020, at Fairbanks, Alaska.

BRYAN SCHRODER
United States Attorney


/s/ *Ryan D. Tansey*
RYAN D. TANSEY
Assistant United States Attorney
United States of America